# United States District Court
### EASTERN DISTRICT OF TEXAS
### SHERMAN DIVISION

| | |
|---|---|
| CRAIG CUNNINGHAM, § | |
| § | |
| *Plaintiff,* § | Civil Action No.  4:20-CV-00294 |
| § | Judge Mazzant |
| v. § | |
| § | |
| RADIUS GLOBAL SOLUTIONS LLC and § | |
| JOHN/JANE DOES 1-5, § | |
| § | |
| *Defendants.* § | |

## **ORDER**

Pending before the Court is Plaintiff's First Motion to Compel Discovery. (Dkt. #18). Having considered the motion and the relevant pleadings, the Court finds that the motion should be denied.

On September 1, 2020, the Court entered its Scheduling Order on the above-referenced case. (Dkt. #15). Addressing discovery disputes, the Scheduling Order states,

> [i]f the parties are unable to resolve [a] dispute without court intervention, the parties must then call the Court's chambers to schedule a telephone conference regarding the subject matter of the dispute prior to filing any motion to compel. After reviewing the dispute, the Court will resolve the dispute, order the parties to file an appropriate motion, or direct the parties to call the discovery hotline.

(Dkt. #15 at p. 4). As Plaintiff did not follow the Court's procedure regarding discovery disputes, the Court finds that the motion to compel should be denied at this time.

It is therefore **ORDERED** that Plaintiff's First Motion to Compel Discovery (Dkt. #18) is hereby **DENIED.**

**SIGNED** this 30th day of November, 2020.

_____
AMOS L. MAZZANT
UNITED STATES DISTRICT JUDGE